UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SANDRA J. EDDY,

                           Plaintiff,

                                                                          ORDER
         v.                                                              01-CV-245A

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On August 11, 2005, Magistrate Judge Scott filed a Report and Recommendation, recommending that the decision of the Commissioner be vacated and the matter remanded for further administrative proceedings.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the decision of the Commissioner is vacated and the matter remanded for further administrative proceedings.

        The Clerk of Court shall take all steps necessary to close this case.

IT IS SO ORDERED.

/s/ Richard J. Arcara

_____
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: September   1   , 2005