AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sandra J. Eddy | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 01-CV-245 |
| v. | |
| Commissioner of Social Security | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is vacated and the matter remanded for further administrative proceedings.


Date: September 7, 2005         RODNEY C. EARLY,
                                 CLERK

                            By:   s/Deborah M. Zeeb
                                     Deputy Clerk